IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:17-CR-041-RLV-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER CORRECTING** |
| v. | ) | **CLERICAL ERROR** |
| | ) | |
| SHEA DAVID BYRD | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Amend Order To Correct Clerical Error" (Document No. 20) filed December 14, 2017. Having carefully considered the motion, and for the reasons set forth in the Motion, it is hereby **ORDERED** that the Consent Order and Judgment of Forfeiture is amended to state:

- **One CVA model Hunter 243 caliber rifle, serial number 610602900815; and**
- **One H&R Topper M48, serial number I7739.**

**SO ORDERED**.

Signed: December 14, 2017

David C. Keesler
United States Magistrate Judge