# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### DOCKET NO. 5:17-CR-041-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| SHEA DAVID BYRD | ) |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion To Seal Sentencing Exhibit" (Document No. 35) filed February 6, 2018. Having carefully considered the motion, and for the reasons set forth in the Motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal Sentencing Exhibit" (Document No. 35) is **GRANTED**.

**SO ORDERED**.

Signed: February 6, 2018

_____
David C. Keesler
United States Magistrate Judge